To:
c/o Clerk of Courts

FILED BY MP D.C.

JUN 24 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Sentence Reduction Pursuant to Amendment 814 § 1B1.13(B)(6):
New Unusually Long Sentence Category

Case/Dkt no: 4:15-CR-10009-JEM

The Commission limits the Application of this provision to individuals who have served at least 10 years.

In fact Commission DATA show that between fiscal Year 2013 and fiscal Year 2022, fewer than 12% (11.5%) of all offenders were sentenced to a term of imprisonment of 10 years or longer. In support recent provision, the "Sentencing Commission stated, that this Amendment respond to a Circuit split concerning when, if ever, changes in law may be considered in ruling on a sentence reduction Motion under § 3582 (c) — (1)(A).

The Amendments adopts a tailored approach permitting the consideration of changes in Law only under limited circumstances and only within the framework of unusually long sentences, one circumstances that the legislative history of the Sentencing Reform Act expressly identified as an appropriate ground for relief the qualifying criteria are as follows: (a) The defendant is serving

PAGE 2

unusually long sentence

Mr. Harlem Suarez ............. sentence is; (b)
The Defendant has served at least 10 years.
Mr. Harlem Suarez ............. has been in custody
for the instant offense since ............ 2015
therefore he has been incarcerated for ...10...
years and ...120... months; and (c)

An intervening change in the law has
produced A disparity between the sentence
being served and the sentence likely to be
imposed at the time the Motion is filed.
Mr. Harlem Suarez ............. meets the above
criteria, thus the change in law qualifies
as an extraordinary and compelling reason
supporting A Sentence Reduction.

Respectfully
Submitted.

PS: Upon receiving this Legal Document
would you file and Stamp it and provide
me a
Legal Portfolio Courtesy Copy
for my own records.
Executed on Monday August 11 2025

Cordially: Mr.

Reply To:
**Federal Public Defender**
**Southern District of Florida**

☐ 150 W Flagler St, Suite 1500
Miami, FL 33130-1555

☐ 150 W Flagler St, Suite 1700
Miami, FL 33130-1555

☐ 1 E Broward Blvd, Suite 1100
Ft Lauderdale, FL 33301-1842

☐ 450 S Australian Ave, Suite 500
West Palm Beach, FL 33401-5008

☐ 109 North 2 St
Ft. Pierce, FL 34950-4404

OFFICIAL BUSINESS

9/10/2025       #2


quadient
FIRST-CLASS MAIL
IMI
$000.74 ⁹
08/27/2025 ZIP 33130
043M31245158

**Sowmya Bharathni, AFPD**

**ATTORNEY/CLIENT PRIVILEGED INFORMATION**
**OPEN ONLY IN THE PRESENCE OF ADDRESSEE**

**Mr. Harlem Suarez**
**Reg. No. 06262-104**
**USP Florence - High**
**P.O. Box 7000**
**Florence, CO    81226**

Received

SEP 10 2025

# FEDERAL PUBLIC DEFENDER
## Southern District of Florida
www.fpdsouthflorida.org

**Hector A. Dopico**
**Federal Public Defender**

Location: <u>Miami</u>

**Helaine B. Batoff**
**Chief Assistant**

<u>Miami:</u>

Abigail Becker
Christian Dunham
R. D'Arsey Houlihan
Bunmi Lomax
    Supervising Attorneys

Helene Barthelemy
Sowmya Bharathi
Elizabeth Blair
Eboni Blenman
Micki Bloom
Anshu Budhrani
Paul Carson
Michael Caruso
Eric Cohen
Tracy Dreispul
MaeAnn Dunker
Daniel L. Ecarius
Sogol Ghomeshi
Jean-Pierre Gilbert
Alexandra Hoffman
Srilekha Jayanthi
Ashley Kay
Evan Kuhl
Ian McDonald
Kate Mollison
Leticia Olivera
Ta'Ronce Stowes
Marisa Tanev
Kate Taylor
Victor Van Dyke

<u>Ft. Lauderdale:</u>

Robert N. Berube
    Branch Supervisor
Bernardo Lopez,
    Supervising Attorney

Andrew Adler
Huda Ajlani-Macri
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Allari Dominguez
Margaret Y. Foldes
Sara Kane
Jan C. Smith
Wesley Wallace

<u>West Palm Beach:</u>

Peter Birch,
    Branch Supervisor

Robert E. Adler
Lori Barrist
Scott Berry
Caroline McCrae
Kristy Militello

<u>Fort Pierce:</u>

Kafahni Nkrumah
Renee Sihvola

August 27, 2025

*Privileged Legal Correspondence*

Mr. Harlem Suarez
Reg. No. 06262-104
USP Florence - High
P.O. Box 7000
Florence, CO   81226

Re:      Recent Correspondence
         *U.S. v. Suarez*
         <u>Case No. 15-cr-10009-JEM (S.D.Fla.)</u>

Dear Mr. Suarez:

I am an attorney at the Office of the Federal Public Defender. Thank you for your recent correspondence regarding the possibility of a motion to reduce your sentence pursuant to 18 U.S.C. 3582(c) and U.S.S.G. 1B1.13(b)(6). I wanted to let you know that we received your letter. My office is attempting to arrange a legal call with you to further discuss your request. Specifically, while our initial review confirms you have been in custody for more than 10 years, it is not clear what the "change in law" is upon which you might be trying to rely to demonstrate a gross disparity between your original sentence and the sentence that might be imposed today. I look forward to discussing this with you soon.

Sincerely,
*/s/ Sowmya Bharathi*

---

| **Miami** | **Ft. Lauderdale** | **West Palm Beach** | **Ft. Pierce** |
|---|---|---|---|
| 150 West Flagler Street | One East Broward Boulevard | 250 South Australian Avenue | 109 North 2nd Street |
| Suite 1700 | Suite 1100 | Suite 400 | Ft. Pierce, FL 34950 |
| Miami, FL 33130-1555 | Ft. Lauderdale, FL 33301-1842 | West Palm Beach, FL 33401-5040 | Tel: (772) 489-2123 |
| Tel: (305) 530-7000 | Tel: (954) 356-7436 | Tel: (561) 833-6288 | Fax: (772) 489-3997 |
| Fax: (305) 536-4559 | Fax: (954) 356-7556 | Fax: (561) 247-7094 | |

En Agosto el 8/11/2025 escribi una carta a la Clerk of Courts Pidiendo una Sentence Reduction.... Carta #1

La cual la Clerk of Courts respondio para atras una carta que recibi en Septiembre el 9/10/2025 Carta #2 de Soumya Bharathni AFPD

Donde se me escribe que es una attorney at The Office of The Federal Public Defender.... lo cual me assignan una llamada legal por mi request que solicitet a la Clerk of Courts? Mientras hablo con el Public Deffender por Telefono le comento sobre la ley que esta retroactive y que me veneficia a mi ? 25 and under, pero la Public Deffender me dijo que esta ley 25 and under no esta retroactive ?

En las Computadoras legales de la USP Florence pude estudiar algunos casos y darme cuenta que esta ley si esta retroactive y vijente en la ley ?

① El Public Deffender no Tenia la necesidad de mentir sobre una ley que esta retroactive, por lo cual esto es un fraude de la Public Deffender en la ley y una berguenza Total que un Public Deffender Tenga que Trabajar para la Clerk of Courts con mala fe

Esta ley 25 and under si esta retroactive, Pero la pregunta del mileno es como es posible que un Official of The Public Deffender va a mentir negando a un ser humano a un recluso una informacion de una Ley que esta activa. Tal Official of The Public Deffender no deberia Trabajar para La Clerk of Courts Porque son empleados con mala fe que asisten al pueblo con malos deseos de voluntad y engaños ?

Estas son las personas que tenemos hoy en día trabajando para la ley. Officiales que no respetan su Nacion si no que corrompen la ley con engaños.... No Official of The Public Defender debería dar falsos informaciones al personal que busca justicia en el nombre de la Ley. Tales officiales of The Public Defender que no hacen su Trabajo adecuado no deberian ni Tener la oportunidad de ser Public Defender porque son personas de mala fe que no deberian representar a nadie en una Corte ni mucho menos hablar de leyes del govierno (o) representar La Ley de los Estados Unidos. Como es posible que un Official of The Public Defender puede Tener Tal puesto en una cille en la Clerk of Court Cuando Miento bajo la ley. Estos Officiales que son Public Defender que Trabajan para la Clerk of Court son un fraude para La ley y para La Nacion y una berguenza para el Mundo, porque no pueden ser honestos con la verdad en la mano. Que dignidad de estos Nacion de Estados Unidos que sus representantes de ley son una berguenza y una perdida como un fraude, que Dios Tenga Misericordia de esta Nacion porque la ley no puede mantenerse en pie por si misma con justicia y verdad El Sistema de la ley debería fortalecerse y ser mas Honesto con sus ciudadanos y Residentes y Ser Un Govierno Honesto bajo los OJOS DEl mismo DIOS viviente.

Cuando Tuve mi llamada Legal Tal Public Deffender que nombre no me acuerdo el Public Deffender me nego la informacion de la ley y mintio sobre as and under. Tal Public Deffender debería renunciar a su puesto de Trabajo por ser una berguenza y un fraude por asistir a La Clerk of Courts

de los Estados Unidos. Si los Public Deffender
no hacen su Trabajo adecuado como uno puede pelvar
su caso justamente frente a La Ley. Ahora yo intente
de someter pidiendo una Sentence Reduction.....
pero un ajente del Public Deffender me mintio que sierta
Ley 25 and under no esta retroactive, cuando esto es Totalmente
falso, que ayuda pueda obtener como alivio por la
Clerk of Court por el error del fraude de uno de sus Public
Deffender ?

② Todo Public Deffender esta supuesto a representar a sus
ciudadanos y residentes con La Ley y verdad
al negarme la ley 25 and under eso es un fraude a mi persona
y Tal Public Deffender de la Clerk of Court deberia
retirarse y poner su renuncia inmediatamente porque sus actos
de representar a las personas con la ley son fraudulentos

Esta Ley 25 and under me aplica a mi persona y unos
de los Public Deffender de la Court me nego esta Ley
La cual esta retroactive. El Public Deffender me nego la oportunidad
de pedir por mi vida haciendo fraude de poca fe a un ser humano

Ese Public Deffender deberia despedido de la Clerk of Courts
Con Muchos Respetos : Harlem Suarez Quintana



Harlem Suarez Quintana
#06262-104
U.P. Florence - High
P.O. BOX 7000
Florence, CO, 81226

REC'D BY_____ D.C.

JUN 24 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

DENVER CO 802
20 JUN 2026 PM 6. L

United States District Court
Southern District of Florida
Office of The Clerk - Room 8n09
400 North Miami Avenue
Miami, Florida, 33128-7716

33128-771699